UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAVON MALDEN,
    Plaintiff,

v.                                          Case No.: 3:18cv260/MCR/EMT

WINGS OVER EMERALD COAST
INCORPORATED agent of WINGSTOP,
and ANNE TAYLOR,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated February 20, 2019. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation, ECF No. 25, is adopted and incorporated by reference in this Order.

2. Plaintiff's motions for attorney fees and costs, ECF Nos. 17, 18, are **DENIED**.

**DONE AND ORDERED** this 18th day of March, 2019.

                            s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**